# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID LOPEZ, | Case No.: 1:21-cv-1012 JLT |
| Plaintiff, | ORDER VACATING THE SCHEDULING ORDER DATED JULY 7, 2021 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits. (*See* Doc. 1.) Pursuant to General Order No. 615, all actions seeking such review are stayed due to limitations caused by the COVID-19 pandemic and the Commissioner's inability to prepare a certified administrative record. Accordingly, the Court **ORDERS**:

1. The Scheduling Order dated July 7, 2021 (Doc. 5) is **VACATED**; and
2. The action shall remain stayed, pending further order of the Court.

IT IS SO ORDERED.

Dated: __July 8, 2021__    _____/s/ Jennifer L. Thurston_____
CHIEF UNITED STATES MAGISTRATE JUDGE